JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Louise S. Hunter

## DEFENDANTS
The Prudential Insurance Company of America

**(b)** County of Residence of First Listed Plaintiff  Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Essex, New Jersey
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stuart A. Winegrad, Esquire
Bezark Lerner & DeVirgilis, P.C.
1600 Market Street, Suite 1610
Philadelphia, PA 19103
215-735-5599

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
 29 USC 1132
Brief description of cause:
 Insurance contract for payment of disability benefits.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
 UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*     JUDGE _____     DOCKET NUMBER _____

DATE  8/25/15

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

## IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUISE S. HUNTER          :
2103 Mifflin Street        :
Philadelphia, PA 19145   :
                        :    NO.:
        v.          :
                        :
THE PRUDENTIAL INSURANCE COMPANY :
OF AMERICA         :
751 Broad Street       :
Newark, NJ 07102     :

### PLAINTIFF'S COMPLAINT

### INTRODUCTION

1.    This is a claim for long-term disability benefits by Louise S. Hunter (hereinafter referred to as "Plaintiff") in connection with a policy issued to her by her employer, JEVS Human Services, through its insurer and administrator Defendant, The Prudential Insurance Company of America.

### PARTIES

2.    Plaintiff, Patricia S. Hunter (hereinafter referred to as **"Plaintiff"**), is an adult individual residing at the captioned address in the Commonwealth of Pennsylvania.

3.    Defendant, The Prudential Insurance Company of America (hereinafter referred to as **"Prudential"**), is a New Jersey corporation, with a principal place of business in the State of New Jersey, and licensed to conduct insurance business in the Commonwealth of Pennsylvania.

## JURISDICTION AND VENUE

4.      Upon information and belief, said life insurance policy existed within the meaning of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§1001 et seq., and this Court has jurisdiction pursuant to 29 U.S.C. §1132.

## FACTUAL BACKGROUND AND CLAIMS FOR RELIEF

### COUNT I
### PROCEEDS PAYABLE UNDER 29 U.S.C. §1132

5.      At all times material hereto, Prudential issued to Plaintiff a long-term disability insurance policy under Control No.: Br. 11760/0001.

6.      Plaintiff complied with all conditions of said policy and all premiums have been paid.

7.      On or about December 16, 2012, Plaintiff discontinued working as a case coordinator as a result of artery subarachnoid hemorrhage requiring a craniotomy for clipping.

8.      Plaintiff received disability benefits through Defendant from December 16, 2012 through April 30, 2014, at which time Defendant determined the medical information did not support impairment preventing her from performing the material and substantial duties of her regular occupation.

9.      Plaintiff timely appealed Defendant's determination, which Defendant upheld its determination by letter dated September 22, 2014.

10.     Plaintiff timely sought a second reconsideration of Defendant's determination when Plaintiff submitted documentation for medical treating providers evidencing the Plaintiff could not perform substantial and material duties of her regular occupation.

11.    Defendant denied Plaintiff's appeal by letter dated June 23, 2015 citing that Plaintiff's medical conditions do not limit her from returning to her regular employment as of May 1, 2014.

12.    Plaintiff exhausted all administrative remedies, granting Plaintiff the right to bring this action.

13.    The Prudential has wrongfully refused to pay to Plaintiff the proceeds of said long-term disability policy in the amount of $2,250.89 per month as of May 1, 2014 and into the future.

## COUNT II
## ATTORNEY'S FEES

14.    Paragraphs 1 through 13 above are incorporated herein by reference as though fully set forth at length.

15.    Under the express terms of ERISA, Plaintiff is entitled to recover all of her reasonable attorney's fees incurred in prosecution of her claim.

**WHEREFORE**, Plaintiff, Patricia S. Hunter, demands judgment against Defendant, Prudential Insurance Company of America, in the amount of Two Thousand Two Hundred and Fifty dollars ($2,250.89) dollars and eighty-nine cents, pre- and post-judgment interest, plus costs, attorney's fees and other relief as the Court deems just and equitable.

**BEZARK LERNER & DeVIRGILIS, P.C.**

BY: _____
STUART A. WINEGRAD, ESQUIRE
1600 Market Street, Suite 1610
Philadelphia, PA   19103
215-735-5599
*Attorney for Plaintiff, Louise S. Hunter*