

# BEZARK LERNER & DE VIRGILIS pc

Brian R. Bezark
Eric I. Lerner
John DeVirgilis
Stuart A. Winegrad*

*ALSO MEMBER NJ BAR

December 7, 2015

Bruce W. Miller
OF COUNSEL

Direct e-mail: swinegrad@bldvlaw.com

*Via E-File Only*
Honorable Robert F. Kelly
United States District Court for
  the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    RE:    **Louise S. Hunter v. The Prudential Insurance Company of America**
            **U.S.D.C., Eastern District of Penna., Civil Action No.: 2:15-cv-04831-RK**

Dear Judge Kelly:

    As you know, this office represents Ms. Louise Hunter, in connection with the above-captioned matter. I am pleased to advise the Court the parties have come to an amicable resolution in this case. The parties will file a Stipulation of Dismissal upon execution of the appropriate release.

    Thank you for the Court's indulgence in this matter.

                                  Very truly yours,

                                  STUART A. WINEGRAD

SAW/db

cc:    Alnisa S. Bell, Esquire *(via e-mail only)*