IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUISE S. HUNTER | : |
| | : |
| | : NO.: 2:15-cv-04831-RK |
| v. | : |
| | : |
| THE PRUDENTIAL INSURANCE COMPANY | : |
| OF AMERICA | : |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action, including all claims and counterclaims, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

FOR THE PLAINTIFF:

BEZARK LERNER & DEVIRGILIS, P.C.

FOR THE DEFENDANT:

SEYBARTH SHAW, LLP

/s/ Stuart A. Winegrad
Stuart A. Winegrad, Esquire
1600 Market Street
Suite 1610
Philadelphia, PA 19103

/s/ Alnisa S. Bell
Alnisa S. Bell, Esquire
620  8th Avenue
New York, NY 10018